**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 114 WAL 2018

Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

v.   :

MICHAEL W. SMITH, SR.,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.